UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA MERCEDES o/b/o B.M.A.,
                              Plaintiff,

             -against-

COMMISSIONER OF SOCIAL SECURITY,
                              Defendant.
-----------------------------------------------------------------X

18 CIVIL 11440 (GWG)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 17, 2020, Because the ALJ's determination is supported by substantial evidence, the ALJs decision must be upheld. The Commissioner's motion for judgment on the pleadings is granted.

**Dated:** New York, New York
         August 17, 2020

                                                     **RUBY J. KRAJICK**
                                                      Clerk of Court
                           **BY:**
                                                        **Deputy Clerk**